## BEDFORD BUFF STONE COMPANY *v.* ANDERSON, BY NEXT FRIEND.

[No. 6,469.   Filed December 12, 1907.]

From Lawrence Circuit Court; *James B. Wilson,* Judge.

Action by Arthur Anderson, by next friend, against the Bedford Buff Stone Company.   From a judgment for plaintiff for $1,000, defendant appeals.   *Reversed.*

*Elmer E. Stevenson* and *Brooks & Brooks,* for appellant.
*W. E. Clark* and *M. B. Hottel,* for appellee.

PER CURIAM.—The appellee has filed a confession of error.   In accordance therewith the judgment is reversed and the cause remanded, with instructions to sustain appellant's demurrer to the complaint and for further proceedings.

## EVANSVILLE & TERRE HAUTE RAILROAD COMPANY *v.* YEAGER.

[No. 6,162.   Filed December 20, 1907.]

From Posey Circuit Court: *O. M. Welborn,* Judge.

Action by Elmer Yeager against the Evansville & Terre Haute Railroad Company.   From a judgment on a verdict for plaintiff for $250, defendant appeals.   *Transferred to Supreme Court.*   (See 169 Ind. —.)

*John E. Iglehart, Edwin Taylor, E. H. Iglehart* and *G. V. Menzies,* for appellant.
*H. F. Clements* and *F. P. Leonard,* for appellee.

PER CURIAM.—This cause being submitted to the entire court, and four judges not concurring in the result, the cause is hereby transferred to the Supreme Court under section fifteen of an act approved March 12, 1901 (Acts 1901, p. 565, §1399 Burns 1908).